# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DEWAYNE WHITFIELD,**
**ADC #149072**                                                                                    **PLAINTIFF**

**V.**                              **CASE NO. 3:20-CV-75-JM-BD**

**FLOSSIE LANE and**
**TERRY MAPES**                                                                                    **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Beth Deere. Mr. Whitfield has not filed objections. After careful review, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Whitfield's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's March 3, 2020 Order to satisfy the filing fee.

IT IS SO ORDERED this 4th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE