IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DEWAYNE WHITFIELD,**
**ADC #149072**                                                                              **PLAINTIFF**

**V.**            **CASE NO. 3:20-CV-75-JM-BD**

**FLOSSIE LANE and**
**TERRY MAPES**                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 4th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE